## MEMORANDUM DECISIONS

**1**

George W. PRATHER, Appellant, v. Roy G. TELLIER and William Hoskins, Appellees. (Court of Appeals of District of Columbia. Submitted May 12, 1925. Decided June 1, 1925.) Patent Appeal. No. 1742. J. E. Stryker, of St. Paul, Minn., and A. V. Cushman, of Washington, D. C., for appellant. J. H. Lee, of Chicago, Ill., R. F. Steward and N. J. Jewett, both of Washington, D. C., and J. Q. Rice and M. C. Massie, both of New York City, for appellees. Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

PER CURIAM. Appeal from concurrent decisions of the Patent Office tribunals in an interference proceeding, which is one of a series of interferences, awarding priority to the party Tellier. The invention relates to the baking of suitable clay and the crushing of it to make it granular, for softening hard water. The issue here, as before the Patent Office, is one of fact, and the concurrent decisions of the three tribunals below, covering as they do almost 60 printed pages of the record, contain an exhaustive and satisfactory discussion of the evidence. A review of those decisions, in the light of the briefs, argument, and record, not only fails to disclose any error, but convinces us that the correct conclusion was reached. In these circumstances, it would serve no useful purpose again to review the evidence, and we therefore affirm the decision. Affirmed.

**2**

George W. PRATHER, Appellant, v. Roy G. TELLIER, Appellee. (Court of Appeals of District of Columbia. Submitted May 12, 1925. Decided June 1, 1925.) Patent Appeal. No. 1744. J. E. Stryker, of St. Paul, Minn., and A. V. Cushman, of Washington, D. C., for appellant. J. H. Lee, of Chicago, Ill., R. F. Steward and N. J. Jewett, both of Washington, D. C., and J. Q. Rice and M. C. Massie, both of New York City, for appellee. Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

PER CURIAM. This is another of the series of interferences mentioned in appeal No. 1742, just decided, —— App. D. C. ——, 5 F.(2d) 1010, and for the reasons stated in that appeal the decision here is affirmed. Affirmed.

**3**

George W. PRATHER, Appellant, v. Roy G. TELLIER, Appellee. (Court of Appeals of District of Columbia. Submitted May 12, 1925. Decided June 1, 1925.) Patent Appeal. No. 1745. J. E. Stryker, of St. Paul, Minn., and A. V. Cushman of Washington, D. C., for appellant. J. H. Lee, of Chicago, Ill., R. F. Steward and N. J. Jewett, both of Washington, D. C., and J. Q. Rice and M. C. Massie, both of New York City, for appellee. Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

PER CURIAM. This is another of the series of interferences mentioned in appeal No. 1742, just decided, —— App. D. C. ——, 5 F.(2d) 1010, and for the reasons stated in that appeal the decision here is affirmed. Affirmed.

**4**

George H. WIDNER, Appellant, v. Roy G. TELLIER and William Hoskins, Appellees. (Court of Appeals of District of Columbia. Submitted May 12, 1925. Decided June 1, 1925.) Patent Appeal. No. 1741. J. E. Stryker, of St. Paul, Minn., and A. V. Cushman, of Washington, D. C., for appellant. J. H. Lee, of Chicago, Ill., R. F. Steward and N. J. Jewett, both of Washington, D. C., and J. Q. Rice and M. C. Massie, both of New York City, for appellees. Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

PER CURIAM. This is one of the series of interferences mentioned in Prather. v. Tellier, appeal No. 1742, just decided, —— App. D. C. ——, 5 F.(2d) 1010, and was disposed of on the same testimony and with the same result below. As we have adopted the reasoning and conclusion of the Patent Office in appeal No. 1742, it follows that the decision here must also be affirmed. Affirmed.

**5**

George H. WIDNER, Appellant, v. Roy G. TELLIER, Appellee. (Court of Appeals of District of Columbia. Submitted May 12, 1925. Decided June 1, 1925.) Patent Appeal. No. 1743. J. E. Stryker, of St. Paul, Minn., and A. V. Cushman, of Washington, D. C., for appellant. J. H. Lee, of Chicago, Ill., R. F. Steward and N. J. Jewett, both of Washington, D. C., and J. Q. Rice and M. C. Massie, both of New York City, for appellee. Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

PER CURIAM. This is another of the series of interferences mentioned in appeal No. 1742, just decided, —— App. D. C. ——, 5 F.(2d) 1010, and for the reasons stated in that appeal the decision here is affirmed. Affirmed.

**6**

In the Matter of the Application of Paul F. WILLIAMS. (Court of Appeals of the District of Columbia. Submitted May 12, 1925. Decided June 1, 1925.) Patent Appeal. No. 1747. J. H. Milans, and C. T. Milans, both of Washington, D. C., and A. M. Belfield, of Chicago, Ill., for appellant. T. A. Hostetler, of Washington, D. C., for Commissioner of Patents. Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

PER CURIAM. Appeal from a decision of the Patent Office rejecting claims 1 to 8 and 10 to 14, inclusive, of an application for pat-